**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AUTO - OWNERS INSURANCE ) <br> COMPANY and OWNERS ) <br> INSURANCE COMPANY ) <br> ) <br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> MEP PRO SERVICES, LLC; THE ) <br> WHITING-TURNER ) <br> CONTRACTING COMPANY; ) <br> AND UNITED STATES FIRE ) <br> INSURANCE COMPANY ) <br> ) <br>    Defendants. ) | CIVIL ACTION FILE NO. <br> 1:21-cv-00971-SCJ |

**NOTICE OF SETTLEMENT AS TO PLAINTIFFS, THE WHITING-TURNER CONTRACTING COMPANY, AND MEP PRO SERVICES, LLC**

COME NOW, Plaintiffs Auto-Owners Insurance Company ("Auto- Owners") and Owners Insurance Company ("Owners") (Auto-Owners and Owners together "Plaintiffs") and The Whiting-Turner Contracting Company ("Whiting-Turner") and file the following Notice of Settlement, showing this Court as follows:

1. Plaintiffs have reached a settlement with MEP Pro Services, LLC, which is currently *pro se*, and MEP Pro has executed a settlement agreement.

2. Plaintiffs have reached a settlement with Whiting-Turner. Plaintiffs and Whiting-Turner are finalizing the related paperwork, which is anticipated to be completed within two weeks. One element of consideration, the monetary consideration, has already been transmitted to be held in trust by Whiting-Turner's counsel. Another element of consideration, the dismissal with prejudice of the underlying lawsuit, is anticipated to be completed within the next seven (7) days.

3. Plaintiffs contend that they reached a settlement with United States Fire Insurance Company. However, United States Fire Insurance Company contends that no settlement was reached, which delayed the finalization of the settlement of this case. Plaintiffs intend for the dismissal without prejudice of this lawsuit to include a dismissal without prejudice of United States Fire Insurance Company. Such dismissal without prejudice will be filed after the settlements discussed above are finalized.

4. Plaintiffs show that they twice previously circulated a proposed Notice of Settlement to all parties. Whiting-Turner and MEP Pro did not object to the filing of the Notice of Settlement. However, United States Fire Insurance Company instructed Plaintiffs that it was withholding its consent to the Notice of Settlement and instructed that said Notice should not be filed. Despite

discussions between counsel for United States Fire Insurance Company and Plaintiffs, it remains unclear to Plaintiffs why United States Fire Insurance Company objects to the filing of such a notice, given that United States Fire Insurance Company will be dismissed without prejudice.

5. Upon the dismissal with prejudice of the underlying action, Plaintiffs will file a stipulation of dismissal without prejudice of this lawsuit as soon as the consent of the parties to this lawsuit provide their consent.

Auto-Owners, Owners, and The Whiting-Turner Company respectfully request the Court stay all deadlines applicable to Plaintiffs and Defendants, and particularly the deadline for the pre-trial order, until the Parties can file the stipulation of dismissal without prejudice in accordance with the Parties' settlement agreement.

**[SIGNATURES ON NEXT PAGE]**

Respectfully submitted this  14th  day of September, 2022.

| SWIFT, CURRIE, McGHEE & HIERS | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| */s/ Rebecca E. Strickland* <br> Mark T. Dietrichs <br> Georgia Bar No. 221722 <br> Rebecca E. Strickland <br> Georgia Bar No. 358183 <br> The Peachtree, Suite 300 1355 <br> Peachtree Street, N.E. <br> Atlanta, Georgia 30309 <br> Tel: 404-874-8800 <br> Mark.dietrichs@swiftcurrie.com <br> Rebecca.strickland@swiftcurrie.com <br><br> *Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company* | */s/ S. Jake Carroll* <br> *[Signed with express permission to Rebecca Strickland by S. Jake Carroll]* <br> Mark S. VanderBroek, Esq. <br> Georgia Bar No. 724440 <br> mark.vanderbroek@nelsonmullins.com <br> S. Jake Carroll, Esq. <br> Georgia Bar No. 606804 <br> jake.carroll@nelsonmullins.com <br> 201 17th Street, N.W., Suite 1700 <br> Atlanta, Georgia 30363 <br> Telephone No. (404) 322-6000 <br> Facsimile No. (404) 322-6050 <br><br> Michael K. Wilson, Esq. <br> Pro Hac Vice Application Forthcoming <br> mike.wilson@nelsonmullins.com <br> Natalie P. Chappel, Esq. <br> Pro Hac Vice Application Forthcoming <br> natalie.chappel@nelsonmullins.com <br> 390 North Orange Avenue, Suite 1400 <br> Orlando, Florida 32801 <br> Telephone No. (407) 839-4200 <br> Facsimile No. (407) 425-8377 <br> *Counsel for The Whiting-Turner Contracting Co.* |

## **CERTIFICATION OF FONT**

We hereby certify that this pleading has been prepared with Times New Roman 14-point selection, as approved by the Court in L.R 5.1B.

This   14th   day of September, 2022.

                                      Respectfully submitted,

                                      SWIFT, CURRIE, McGHEE & HIERS

                                      */s/  Rebecca E. Strickland*
                                      Mark T. Dietrichs
                                      Georgia Bar No. 221722
                                      Rebecca E. Strickland
                                      Georgia Bar No. 358183
                                      Melissa K. Kahren
                                      Georgia Bar No. 527406
                                      *Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:  404-874-8800
Mark.dietrichs@swiftcurrie.com
Rebecca.strickland@swiftcurrie.com
Melissa.kahren@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served ths **NOTICE OF SETTLEMENT AS TO PLAINTIFFS, THE WHITING-TURNER CONTRACTING COMPANY, AND MEP PRO SERVICES, LLC** by e-filing same using the CM/ECF System which will automatically send email notification of said filing to the following:

Mark S. VanderBroek, Esq.
S. Jake Carroll
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
201 17th Street, N.W., Suite 1700
Atlanta, Georgia 30363

Michael K. Wilson, Esq.
Natalie P. Chappel, Esq.
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
mark.vanderbroek@nelsonmullins.com
jake.carroll@nelsonmullins.com
mike.wilson@nelsonmullins.com
natalie.chappel@nelsonmullins.com
*Counsel for The Whiting-Turner Contracting Co.*

**Via U.S. Mail**
MEP Pro Services, LLC
c/o Harold J. Phillips
30 Dorris Road
Alpharetta, GA 30004

John E. Menechino, Jr.
The Menechino Law Firm
3300 Windy Ridge Parkway, SE
Suite 1021
Atlanta, GA 30339
john@TheMLF1.com
*Counsel for United States Fire Insurance Company*

-7-

This  14th  day of September, 2022.

                              Respectfully submitted,

                              SWIFT, CURRIE, McGHEE & HIERS

                              */s/ Rebecca E. Strickland*
                              Mark T. Dietrichs
                              Georgia Bar No. 221722
                              Rebecca E. Strickland
                              Georgia Bar No. 358183
                              Melissa K. Kahren
                              Georgia Bar No. 527406
                              *Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: 404-874-8800
Mark.dietrichs@swiftcurrie.com
Rebecca.strickland@swiftcurrie.com
Melissa.kahren@swiftcurrie.com

4881-8718-8787, v. 1