IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO - OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>MEP PRO SERVICES, LLC; THE WHITING-TURNER CONTRACTING COMPANY; AND UNITED STATES FIRE INSURANCE COMPANY,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-0971-SCJ |

### O R D E R

Counsel having filed Notices [Docs. 101 & 102] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 20th day of September, 2022.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE