IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |  |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:21-cv-00971-SCJ |
| MEP PRO SERVICES, LLC; THE WHITING-TURNER CONTRACTING COMPANY; AND UNITED STATES FIRE INSURANCE COMPANY | ) ) ) ) ) | |

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company have resolved this case via settlement with MEP Pro Services, LLC and The Whiting Turner Contracting Company in exchange for a dismissal without prejudice. Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company also wish to dismiss without prejudice United States Fire Insurance Company, without the requirement that a settlement is reached with United States Fire. Rather, United States Fire will be dismissed without prejudice, without any settlement agreement.

As such, the parties in this action consent to the dismissal without prejudice of this case. It is hereby stipulated that pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(ii), the plaintiffs' claims are DISMISSED, WITHOUT PREJUDICE.

Respectfully submitted this __22nd__ day of September , 2022.

| SWIFT, CURRIE, McGHEE & HIERS | THE MENECHINO LAW FIRM LLC |
|---|---|
| /s/ Rebecca E. Strickland<br>Mark T. Dietrichs<br>Georgia Bar No. 221722<br>Rebecca E. Strickland<br>Georgia Bar No. 358183<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, Georgia 30309<br>Tel: 404-874-8800<br>Mark.dietrichs@swiftcurrie.com<br>Rebecca.strickland@swiftcurrie.com<br>*Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company* | /s/ John E. Menechino<br>John E. Menechino<br>Georgia Bar No. 502010<br>*[Signed with express permission by Rebecca Strickland]*<br>3300 Windy Ridge Parkway, SE<br>Suite 1021<br>Atlanta, GA 30339<br>404-388-0433<br>john@TheMLF1.com<br>*Attorney for Defendant, United States Fire Insurance Company* |

**[Signatures Continue on Next Page]**

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH, LLP<br><br>*/s/ S. Jake Carroll*<br>Mark S. VanderBroek, Esq.<br>Georgia Bar No. 724440<br>mark.vanderbroek@nelsonmullins.com<br>S. Jake Carroll, Esq.<br>Georgia Bar No. 606804<br>jake.carroll@nelsonmullins.com<br>*[Signed with express permission by Rebecca Strickland]*<br>201 17th Street, N.W., Suite 1700<br>Atlanta, Georgia 30363<br>Telephone No. (404) 322-6000<br>Facsimile No. (404) 322-6050<br>*Counsel for The Whiting-Turner Contracting Co.* | MEP Pro Services, LLC<br><br>*/s/ Harold Phillips*<br>By: Harold Phillips<br>30 Dorris Road<br>Alpharetta, Georgia 30004<br>***[See attached signature page]*** |

As such, the parties in this action consent to the dismissal without prejudice of this case. It is hereby stipulated that pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(ii), the plaintiffs' claims are DISMISSED, WITHOUT PREJUDICE.

Respectfully submitted this ___ day of September , 2022.

| SWIFT, CURRIE, McGHEE & HIERS | THE MENECHINO LAW FIRM LLC |
|---|---|
| _____<br>Mark T. Dietrichs<br>Georgia Bar No. 221722<br>Rebecca E. Strickland<br>Georgia Bar No. 358183<br>The Peachtree, Suite 300 1355<br>Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel: 404-874-8800<br>Mark.dietrichs@swiftcurrie.com<br>Rebecca.strickland@swiftcurrie.com<br>*Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company* | /s/_____<br>John E. Menechino<br>Georgia Bar No. 502010<br>*Signed with express permission by Rebecca Strickland*<br>3300 Windy Ridge Parkway, SE<br>Suite 1021<br>Atlanta, GA 30339<br>404-388-0433<br>john@TheMLF1.com<br>*Attorney for Defendant, United States Fire Insurance Company* |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>/s/<br>Mark S. VanderBroek, Esq.<br>Georgia Bar No. 724440<br>mark.vanderbroek@nelsonmullins.com<br>S. Jake Carroll, Esq.<br>Georgia Bar No. 606804<br>jake.carroll@nelsonmullins.com<br>201 17th Street, N.W., Suite 1700<br>Atlanta, Georgia 30363 | MEP Pro Services, LLC<br><br>_____<br>By: Harold Phillips<br>30 Dorris Road<br>Alpharetta, Georgia 30004 |

## **CERTIFICATION OF FONT**

We hereby certify that this pleading has been prepared with Times New Roman 14 point selection, as approved by the Court in L.R 5.1B.

Respectfully submitted this   22nd   day of September, 2022.

                                      Respectfully submitted,

                                      SWIFT, CURRIE, McGHEE & HIERS

                                      */s/ Rebecca E. Strickland*
                                      Mark T. Dietrichs
                                      Georgia Bar No. 221722
                                      Rebecca E. Strickland
                                      Georgia Bar No. 358183
                                      *Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Mark.dietrichs@swiftcurrie.com
Rebecca.strickland@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I have electronically filed the foregoing ***STIPULATION OF DISMISSAL WITHOUT PREJUDICE*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Mark S. VanderBroek, Esq.
S. Jake Carroll
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
201 17th Street, N.W., Suite 1700
Atlanta, Georgia 30363

Michael K. Wilson, Esq.
Natalie P. Chappel, Esq.
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
mark.vanderbroek@nelsonmullins.com
jake.carroll@nelsonmullins.com
mike.wilson@nelsonmullins.com
natalie.chappel@nelsonmullins.com
*Counsel for The Whiting-Turner Contracting Co.*

John E. Menechino, Jr.
The Menechino Law Firm
3300 Windy Ridge Parkway, SE
Suite 1021
Atlanta, GA 30339
john@TheMLF1.com
*Counsel for United States Fire Insurance Company*

And by delivering a true copy of same via email and U.S. Mail, proper postage prepaid, to the following:

>MEP Pro Services, LLC
>c/o Harold J. Phillips
>30 Dorris Road
>Alpharetta, GA 30004

Respectfully submitted this   22nd   day of September, 2022.

>Respectfully submitted,
>
>SWIFT, CURRIE, McGHEE & HIERS
>
>*/s/ Rebecca E. Strickland*
>Mark T. Dietrichs
>Georgia Bar No. 221722
>Rebecca E. Strickland
>Georgia Bar No. 358183
>*Attorneys for Plaintiffs Auto-Owners Insurance Company and Owners Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Mark.dietrichs@swiftcurrie.com
Rebecca.strickland@swiftcurrie.com

4893-7315-2563, v. 1